In the Matter of the Probate of the Last Will and Testament of Joseph Gall, deceased.

(Argued January 28, 1892; decided February 12, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 12, 1890, which affirmed a decree of the surrogate of Kings county dismissing proceedings for the probate of the will of Joseph Gall, deceased.

*E. More* for appellant.

*A. Simis, Jr.*, for respondent.

Agree to affirm; no opinion.
All concur, except MAYNARD, J., taking no part.
Judgment affirmed.